IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES CLEVELAND,<br><br>    Plaintiff,<br><br>  v.<br><br>M.S. EVANS, et al.,<br><br>    Defendants. | No. C 07-1758 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR SCHEDULING ORDER**<br><br>**(Docket No. 17)** |

    On March 28, 2007, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. On June 15, 2007, the Court ordered the complaint served and directed defendants to file an answer or dispositive motion within sixty days of the date of the order of service. On August 2, 2007, the Court granted defendants' request for an extension of time to file a dispositive motion. On October 18, 2007, defendants filed a Motion to Dismiss and for Summary Judgment. Defendants have now filed a request for an order scheduling filing dates for plaintiff's opposition to the motion and for any reply to the opposition. The request is hereby GRANTED.

    Good cause appearing, plaintiff's opposition to defendants' Motion to Dismiss and for Summary Judgment shall be filed with the Court and served on defendants on or by December 31, 2007. Defendants' reply to the opposition shall be filed with the Court and served on plaintiff on or by January 15, 2008.

    This order terminates Docket No. 17.

    IT IS SO ORDERED.

DATED: November 15, 2007

_____
MAXINE M. CHESNEY
United States District Judge