**FILED**

JAN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARRY CHARLES CLEVELAND,<br><br>            Plaintiff,<br><br>v.<br><br>M. S. EVANS, et al.,<br><br>           Defendants. | Case No. C 07-1758 MMC (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

Defendants have applied for an order extending the time in which their reply to Plaintiffs' opposition to Defendants' pending Motion for Summary Judgment must be filed and served. The Court has read and considered the ex parte request and accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that time in which Defendants' shall reply to Plaintiffs' opposition to Defendants' pending Motion for Summary Judgment is extended for thirty days. Defendants' reply to Plaintiffs' opposition shall now be filed and served on or before February 15, 2008.

Dated: JAN 1 6 2008

HONORABLE MAXINE M. CHESNEY
United States District Court Judge

40203729.wpd
SF2007200535

[Proposed] Order Granting Ex Parte App. for Order Scheduling Filing Dates      *Cleveland v. Evans, et al.*
C 07-1758 MMC (PR)

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY CHARLES CLEVELAND,

    Plaintiff,

v.

M.S. EVANS et al,

    Defendant.
_____/

Case Number: CV07-01758 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Charles Cleveland
J-69959
12808 Butler Avenue
Compton, CA 90221

Dated: January 16, 2008

    Richard W. Wieking, Clerk

    *Tracy Lucero*

    By: Tracy Lucero, Deputy Clerk